## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA PHARMACEUTICALS AMERICA, INC., | |
| Plaintiffs and Counterclaim Defendants, | Civil Action No. 18-1994 (FLW) |
| v. | **ORDER** |
| ZYDUS PHARMACEUTICALS (USA) INC., and CADILA HEALTHCARE LIMITED, | |
| Defendants and Counterclaim Plaintiffs. | |

**THIS MATTER** having been opened to the Court by Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc., and Takeda Pharmaceuticals America, Inc., through counsel Cynthia Stencel Betz, Peter Hwichan Noh, Ravin R. Patel, and John Edmund Flaherty, Esqs., on a motion for summary judgment on the antitrust counterclaims brought by Defendants Zydus Pharmaceuticals (ISA) Inc. and Cadila Healthcare Limited, *see* ECF No. 141; it appearing that Defendants oppose the motion and cross-move for partial summary judgment, asking the Court to foreclose Plaintiffs' *Noerr-Pennington* defense, *see* ECF No. 142; it appearing that the Court having considered the parties' submissions in connection with the motions pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 26th day of July 2021,

**ORDERED** that Plaintiffs' motion is **GRANTED**, Defendants' motion is **DENIED**, and Defendants' counterclaims are **DISMISSED**. As Plaintiffs have voluntarily dismissed their

claims, *see* ECF No. 55, leaving no claims remaining, the Clerk is directed to close this matter on the docket.

/s/ Freda L.  Wolfson
Freda L.  Wolfson
U.S. Chief District Judge